# ELECTRONIC RECORD

777-15
777-15
778-15
779-15

COA # 05-14-00877-CR  OFFENSE: 29.03

STYLE: Reginald Keith Pink v. The State of Texas  COUNTY: Dallas

COA DISPOSITION: MODIFY AND AFFIRM  TRIAL COURT: 283rd Judicial District Court

DATE: 05/26/15  Publish: NO  TC CASE #: F-0955346-T

## IN THE COURT OF CRIMINAL APPEALS  776-15
777-15
778-15
779-15

STYLE: Reginald Keith Pink v. The State of Texas  CCA #: _____

_____PRO SE_____ Petition  CCA Disposition: 776-15 777-15 778-15 779-15

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____REFUSED_____  JUDGE: _____

DATE: __10/28/2015__  SIGNED: _____  PC: _____

JUDGE: __Per Curiam__  PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**